**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARACELI PELICO CALEL,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California, *et al.*,

Respondents.

Case No.: 3:25-cv-02883-GPC-JLB

**ORDER REQUESTING AN UPDATE ON FINAL SETTLEMENT OF PETITIONER'S EAJA DEMAND**

**[ECF No. 17]**

On April 27, 2026, the parties filed a Notice of Settlement on Petitioner's EAJA Demand. ECF No. 17. The Court requests an update as to whether a final settlement as to Petitioner's fees was executed.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Hon. Gonzalo P. Curiel
United States District Judge